**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

Date of Arrest: 07/20/2026

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>Vs.<br><br>Diego LOPEZ-Farias,<br>YOB: 2001<br>Mexican Citizen<br><br><br>Defendant. | Magistrate's Case No. **26-01614MJ**<br><br>COMPLAINT FOR VIOLATION OF<br>Title 8, United States Code,<br>Section 1324(a)(1)(A)(ii)<br>Transportation of an Illegal Alien<br>Count One |

I, Christopher Fernandez, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:


COUNT ONE

On or about July 20, 2026, within the District of Arizona, Defendant Diego LOPEZ-Farias, knowingly or in reckless disregard of the fact that certain aliens, namely: Bernardino SARMIENTO-Jose and Luis Guine GOMEZ-Jordan, had come to, entered, and remained in the United States, in violation of law, did transport and move, or, attempt to transport and move said aliens, in furtherance of such violation of law, in violation of Title 8, United States Code, Section 1324 (a)(1)(A)(ii), (Felony).


//

//

//

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Authorized by: AUSA Madeline Shupe for AUSA Bradley Baugher.

*Madeline Shupe*
Digitally signed by
MADELINE SHUPE
Date: 2026.07.21
15:16:52 -07'00'

*Christopher Fernandez*
Christopher Fernandez
Border Patrol Agent
United States Border Patrol

Sworn and subscribed to me by telephone, July 22, 2026, at Yuma, Arizona.

_____
The Honorable James F. Metcalf
United States Magistrate Judge

UNITED STATES OF AMERICA

v.

Diego LOPEZ-Farias

**Statement of Facts**

I, Christopher Fernandez, being duly sworn, do state the following:

1. **LOCATION: Wellton, Yuma County, Arizona.**

The following events occurred on Interstate 8 in Wellton, Yuma County, Arizona

2. **UNDERLYING FACTS.**

On July 20, 2026, at approximately 3:25 p.m., Border Patrol Agent (BPA) B. Helsley was assigned to the Yuma Station Highway Interdiction Team and was conducting highway operations inside the Yuma Station Area of Responsibility. BPA Helsley was wearing a full duty uniform with visible Border Patrol patches and drove a marked Border Patrol vehicle. At approximately 3:25 p.m., the Campo Border Patrol station sent out an alert that a black 2006 BMW with California license plates 5UCL710, travelling east bound on I-8, was suspected of alien smuggling.

At approximately 3:33 p.m., BPA Helsley observed the black BMW described in the alert driving eastbound on I-8 through Telegraph Pass. When BPA Helsley pulled behind the BMW, he observed three occupants inside. BPA Helsley then proceeded to drive along the passenger side of the vehicle. Afterwards, he could only see one occupant – the driver. BPA Helsley believed that the backseat passengers were laying down in their seats to conceal themselves after noticing the fully marked Border Patrol vehicle. This is a common tactic aliens and smugglers use to conceal their presence when nearby immigration officers.

BPA Helsley also observed the driver, later identified as Diego LOPEZ-Farias, continually readjust his grip on the steering wheel. This is a common nervous behavior when smugglers and aliens are driving in the presence of an immigration officer.

As he continued to drive eastbound, BPA Helsley observed the black BMW driving in the left lane next to the center divider. It appeared the driver was keeping the marked Border

Patrol vehicle in his driver-side mirror to monitor BPA Helsley's actions and determine if he was being observed.

At approximately 3:38 p.m., BPA Helsley requested nearby Wellton Border Patrol Agents to assist with a traffic stop. At 3:46, BPA Helsley initiated a traffic stop on the BMW due to observations and reasonable suspicion that an immigration violation was being committed. The vehicle yielded at mile marker 31 on I-8 eastbound.

When BPA Helsley approached the vehicle, LOPEZ-Farias did not roll down any windows. BPA Helsley knocked on the passenger side window, then LOPEZ-Farias slightly lowered the window. BPA Helsley told LOPEZ-Farias to roll down the back window to maintain officer safety. LOPEZ-Farias slightly lowered the back window.

Inside the vehicle, BPA Helsley observed two individuals slouching in the back seat. One individual was wearing a camouflage jacket and the other was wearing a black jacket. Both jackets are commonly used to obscure the outlines of individuals while they walk through the desert to avoid detection by Border Patrol Agents. Agent observed that the BMW smelled heavily of sweat, and there were open snacks and drinks in the backseat.

At this time, BPA Helsley ordered LOPEZ-Farias out of the vehicle for a further immigration investigation. BPA Helsley quickly searched LOPEZ-Farias for weapons before placing him inside the patrol vehicle and questioning him about his relationship with the two people in the back. LOPEZ-Farias stated that they were friends and that he was taking them to Arizona. LOPEZ-Farias stated that he was coming from San Diego, California, to Arizona.

LOPEZ-Farias provided an Employment Authorization Card and stated that he had permission to be in the United States. LOPEZ-Farias stated that he did not have a visa or a permanent resident card, but that he still had permission to be in the United States.

BPAs determined that LOPEZ-Farias was residing in the United States illegally. BPA Helsley informed LOPEZ-Farias that he was under arrest for being in the United States illegally. Upon further questioning, LOPEZ-Farias stated that he did not

actually know the passengers in his car, but that a friend had called him to drive the individuals into Arizona.

BPAs determined that the two passengers, Luis Guine GOMEZ-Jordan (GOMEZ-Jordan) and Bernardino SARMIENTO-Jose, were both (SARMIENTO-Jose) citizens of Mexico illegally present in the United States.

All three occupants were transported to the Yuma Border Patrol Station Processing Center.

3. **MATERIAL WITNESS STATEMENTS.**

   A.  **MATWIT: Bernardino SARMIENTO-Jose (Citizen of Mexico).**

On July 20, 2026, at approximately 8:29 p.m., agents conducted a recorded material witness interview of Bernardino SARMINETO-Jose. SARMINETO-Jose stated he boarded a flight from Veracruz, Mexico to Tijuana. From there, he took a taxi to Tecate, Mexico, where he stayed for four days in a stash house. SARMINETO-Jose was then picked up by an unknown male and taken to the Tecate point of entry where he climbed the border fence. SARMINETO-Jose met with a coordinator or coyote, "Alfonso." SARMINETO-Jose stated Alfonso took photos of him before crossing, had him erase messages on his phone, and had to pay $230,000 in Mexican Pesos. SARMINETO-Jose stated his intended destination was Los Angeles, California. SARMINETO-Jose also stated he was sending his constant location of his position throughout the whole crossing. Alfonso instructed Sarmiento-Jose to get into a black car that would transport him to his destination. Sarmiento-Jose identified the driver, LOPEZ-FARIAS, in a six-pack photo array.

   B. **MATWIT: Luis Guine GOMEZ-Jordan (Citizen of Mexico).**

On July 20, 2026, at approximately 9:15 p.m., agents conducted a recorded material witness interview of Luis Guine GOMEZ-Jordan. GOMEZ-Jordan stated that he agreed to pay approximately $12,000 USD to facilitate his illegal entry into the United States, with payment to be made by friends upon his arrival in Los Angeles, California. GOMEZ-Jordan stated that he climbed over the border wall between Mexico and the United States. Upon crossing, GOMEZ-Jordan stated he remained in the desert overnight, sleeping until the following day, at which point he continued walking until reaching the vehicle. GOMEZ-Jordan stated that the vehicle was black and was waiting for him on a roadway. He stated that the individuals guiding him via

text messages had informed him that the vehicle would be black.

GOMEZ-Jordan identified that his primary contact in facilitating his illegal immigration was "Guero." GOMEZ-Jordan said he was in constant communication Guero and provided his real-time location with this individual and others in the United States. GOMEZ-Jordan further stated that he routinely deleted text messages and call logs after communicating with the guides working for Guero.

GOMEZ-Jordan could not identify the driver. GOMEZ-Jordan stated that the driver instructed him to crouch in the back seat and that no conversation occurred until they arrived at a gas station, where he requested a beverage. GOMEZ-Jordan stated he was unable to clearly observe the driver.

**4. DEFENDANT'S STATEMENTS.**

**A. DEFENDANT:  Diego LOPEZ-Farias (Citizen  of Mexico).**

On July 20, 2026, at approximately 6:00 p.m., BPAs read LOPEZ-Farias his *Miranda* rights. LOPEZ-Farias waived his rights and agreed to proceed with an interview. LOPEZ-Farias stated he was a Mexican citizen illegally present in the United States since either 2022 or 2023. He stated he entered using the CBP One app and has been living in San Bernardino, California, without proper documentation.

On the morning of July 20, 2026, at approximately 11:00 a.m., LOPEZ-Farias received a call from a contact he had messaged on TikTok. This subject was saved as a phone contact under the moniker "KFC94." LOPEZ-Farias claimed this contact had offered him a job to give subjects a ride and deliver them to an unknown location. He stated that KFC94 would pay $3,000 USD for the job. LOPEZ-Farias expressed concern to KFC94 via text that there would be immigration checkpoints along his travel route.

LOPEZ-Farias stated he drove from San Bernardino, California, to a casino called "Jamul Casino Resort," located at 14145 Campo Rd., Jamul, California 91935. He stated KFC94 had called him and told him the subjects getting into his vehicle had just crossed the border.

In that phone call, KFC94 changed the plan and told LOPEZ-Farias to drive the subjects to Arizona, instead of California.

LOPEZ-Farias told KFC94 that he could not drive the two subjects to Arizona. LOPEZ-Farias then felt threatened by KFC94, because he said that LOPEZ-Farias "would not arrive at his house" if he did not take the passengers.

LOPEZ-Farias was unable to provide any evidence of the threats made to him. When asked why he did not abandon the subjects at another location or call the police, LOPEZ-Farias stated he did not do so out of fear. He stated he was guided through his phone by KFC94, who would send him several locations to drive to, continuing his journey eastbound on I-8. KFC94 did not provide the final location to LOPEZ-Farias.

LOPEZ-Farias stated they did not make any stops until arriving in Yuma, Arizona. He stated KFC 94 instructed him to make a stop at a gas station in Yuma, Arizona. About 40 minutes after leaving the gas station, they were stopped by U.S. Border Patrol.

LOPEZ-Farias admitted that he knew the passengers were illegally present in the United States. LOPEZ-Farias admitted he was the driver of the vehicle and was driving the subjects to a destination in Arizona. LOPEZ-Farias admitted he would have been paid $3,000 USD upon delivery of the subjects.

5. **AFFIRMATION.**

To the best of my knowledge and belief, the following is a list of all Border Patrol law enforcement personnel present during interviews, statements, and questioning of the Defendant and smuggled aliens in this matter, from initial contact to the writing of this document: BPAs H. Troche, D. Mena, E. Roman

//

//

//

To the best of my knowledge and belief, the following is a list of all Border Patrol law enforcement personnel not already mentioned above who were present and/or took part in other parts of this investigation (e.g., arrest, search, seizure, proactive investigation, surveillance, etc.) from initial field contact through the writing of this document: BPAs B. Helsley, D. Soul, I. Montgomery.


_Christopher Fernandez_
Christopher Fernandez
Border Patrol Agent
United States Border Patrol


Sworn and subscribed to by telephone, July 22, 2026, at Yuma, Arizona.


The Honorable James F. Metcalf
United States Magistrate Judge